UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LARISSA JORDAN, <br><br> Defendant. | Case No. M25-271 <br><br> DETENTION ORDER |

Defendant Larissa Jordan is charged with production of child pornography, 18 U.S.C. § 2251(a), (e). The Court held a detention hearing on May 12, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Ms. Jordan is charged with a crime of violence and an offense that involves a minor victim.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Ms. Jordan as required and the safety of the community.

4. Ms. Jordan poses a risk of danger due to the nature of the instant offense and substance use history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Ms. Jordan shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Jordan shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Jordan is confined shall deliver Ms. Jordan to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Jordan, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 12th day of May, 2025.

*signature*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3